# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-1141** **September Term, 2016**

**FERC-EL07-86-009**
**FERC-EL07-92-005**
**FERC-127FERC61241**
**FERC-EL07-86-005**
**FERC-155FERC61126**
**FERC-ER04-691-065**
**FERC-ER04-691-078**
**FERC-155FERC61127**
**FERC-ER04-691-090**
**FERC-ER04-691-093**

**Filed On: December 19, 2016** [1651480]

Ameren Services Company, et al.,

Petitioners

v.

Federal Energy Regulatory Commission,

Respondent

------------------------------

Duke Energy Shared Services, Inc., et al.,
Intervenors

------------------------------

Consolidated with 08-1002, 09-1209,
16-1223, 16-1224, 16-1225

**O R D E R**

Upon consideration of petitioners' joint motion to defer briefing and hold the cases in abeyance pending mediation, and respondent's answer in support thereof, it is

**ORDERED** that these consolidated cases be held in abeyance pending further order of the court. Petitioners are directed to file status reports at 90-day intervals beginning March 20, 2017.

The parties are directed to file motions to govern further proceedings within 30 days of the conclusion of settlement proceedings.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Rebecca L. Thompson
Deputy Clerk